

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2019

No. 04-19-00849-CV

**WEBB COUNTY, TEXAS**,
Appellant

v.

Ricardo 'Rick' Manuel **ROMO**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVI001385D4
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file a response to this court's December 16, 2019 show cause order is granted. We order appellant to file a response that complies with this court's December 16, 2019 show cause order by January 10, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court